IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00106-REB-BNB

JEFFREY HINTON,

Plaintiff,

v.

UNITED AIR LINES,

Defendant.

_____

# ORDER
_____

This matter arises on the **Defendant's Unopposed Motion to Amend Scheduling Order** [Doc. # 26, filed 7/26/2010] (the "Motion for Extension"). The defendant seeks a 60 day extension of the deadline to disclose expert witnesses, from July 30 to September 30, 2010. Although not addressed in the motion, an extension of the expert witness deadline also impacts the deadline to designate rebuttal experts (currently August 31, 2010); the discovery cut-off (currently October 15, 2010); and the dispositive motion deadline (currently November 15, 2010). The case is set for trial beginning February 28, 2011.

I will grant the motion based on the defendant's representation that it has been unable to obtain certain medical and other records and because it is not opposed. I caution the parties, however, that in view of the trial date, no further extension of any kind or for any reason will be possible unless they first obtain an order from the district judge vacating or postponing the trial date.

IT IS ORDERED that the Motion for Extension [Doc. # 26] is GRANTED, and the case schedule is modified to the following extent:

    Discovery Cut-Off: **November 30, 2010**

    (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

    Dispositive Motions Deadline: **November 30, 2010**

    Expert Disclosures:

    (a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 30, 2010**

    (b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 29, 2010**

IT IS FURTHER ORDERED that **no further extensions will be allowed**.

Dated July 27, 2010.

                                                    BY THE COURT:

                                                    s/ Boyd N. Boland
                                                    United States Magistrate Judge