IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 10-cv-00106-REB-BNB

JEFFREY HINTON,

    Plaintiff,

v.

UNITED AIR LINES,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter before me is the **Stipulated Motion To Dismiss With Prejudice** [#30] filed September 24, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulated Motion To Dismiss With Prejudice** [#30] filed September 24, 2010, is **GRANTED**;

    2. That the Trial Preparation Conference set for February 11, 2011, is **VACATED**;

    3. That the jury trial set to commence February 28, 2011, is **VACATED**; and

    4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

    Dated September 27, 2010, at Denver, Colorado.

                                      BY THE COURT:

                                      Robert E. Blackburn
                                      United States District Judge